## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>FELIPE G. OLMOS TORRES,<br><br>                    Defendant. | **4:13CR3046**<br><br>**MEMORANDUM AND ORDER** |

Defense counsel has moved to continue defendant's sentencing hearing.  (Filing No. 43).  As explained in the motion, defense counsel cannot attend the hearing at the currently scheduled date and time.  The motion to continue is unopposed.  Based on the showing set forth in the motion, the court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1)        Defense counsel's motion to continue, (filing no. 43), is granted.

2)       The defendant's sentencing hearing is **rescheduled to April 10, 2014 at 1:30 p.m.** before Chief Judge Smith Camp in Lincoln, Courtroom #4. The defendant is ordered to appear at this hearing.

March 18, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge